■ In the Matter of BALDWIN TRADING CORPORATION. SARAH J. GUENTHER et al., as Executors of HENRY C. GUENTHER, Deceased, et al., Appellants; LOUISE KOOH et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of this court properly made? Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ ADOLPH KAUFMAN et al., Copartners Doing Business as KAUFMAN BROS., Respondents, v. 655 EAST FORDHAM ROAD REALTY CORP., Appellant, et al., Defendant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ EDWIN MORTENSON et al., Respondents, v. NOAH CHOOK, Doing Business as EAST END CLEANERS, et al., Appellants.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ NEWSDAY, INC., Respondent, v. SAMUEL FELDMAN, Individually and as President of Newspaper & Mail Deliverers' Union of New York and Vicinity, et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ ANGELO J. PALIOTTO, Appellant, v. SYLVIA HARTMAN et al., Respondents.— Motion for reargument denied, without costs. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERTO L. DE LAMELA, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ. Motion for reargument denied. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ ANTHONY RUSSO et al., Respondents-Appellants, v. ALBERT SCHIEBER et al., Appellants-Respondents.— Motion by appellants-respondents for reargument or for leave to appeal to the Court of Appeals. Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ MYRTLE SNOW, Appellant, v. CONSTANCE C. SNOW, as Executrix of HOWARD V. SNOW, Deceased, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

■ SOHMER FACTORS CORP., Appellant, v. 187-20 TIOGA DRIVE CORP. et al., Respondents, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.